UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**           3:25-cr-00461-SI

      **v.**                                          INFORMATION

**DARCY RAE NOLAN,**                        18 U.S.C. § 1709

      **Defendant.**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Mail by Postal Employee)**
**(18 U.S.C. § 1709)**

In or about February 2024 and continuing through December 2024, in the District of Oregon, defendant **DARCY RAE NOLAN**, a United States Postal Service employee, did embezzle, steal, abstract, and remove letters, postal cards, packages, bags, and mails and any article or thing contained therein, which had been entrusted to the defendant, or which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service,

/ / /

/ / /

In violation of Title 18, United States Code, Section 1709.

Dated: November 10, 2025               Respectfully Submitted

                                              SCOTT E. BRADFORD
                                              United States Attorney

                                              */s/ William M. Narus*_____
                                              WILLIAM M. NARUS, CASB #243633
                                              First Assistant United States Attorney